IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

EVERETTE RICKERSON,           )
           )
        Petitioner,    )
           )
v.           )
           )
LORIE DAVIS, *Director*, TDCJ-CID,    )
           )
        Respondent.    )    Civil Action No. 3:18-CV-1418-C-BT

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge advising that Petitioner Everette Rickerson's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 should be dismissed without prejudice for failure to exhaust state remedies. Petitioner has failed to file any objections and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 is hereby **DISMISSED** without prejudice.

SO ORDERED this 26th day of May, 2019.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE